UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANE MICHAEL THOMPSON, | No. 2:19-cv-2328 KJM DB P |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| M.E. SPEARMAN, WARDEN | |
| Respondent. | |

By order issued April 2, 2020, petitioner's request for a sixty-two-day extension of time to file a first amended petition was denied. (ECF No. 16). Instead, petitioner was given thirty days leave to file an amended application. (See id. at 2). The thirty-day period has now expired, and petitioner has not responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified

////

1

time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 20, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.HABEAS/thom2328.fta.hab

2