UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANE MICHAEL THOMPSON,<br><br>           Petitioner,<br><br>     v.<br><br>M.E. SPEARMAN,<br><br>           Respondent. | No. 2:19-cv-02328 KJM DB P<br><br>ORDER TO SHOW CAUSE |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus under 28 U.S.C. § 2254. Plaintiff challenges his 2017 conviction in Sacramento County Superior Court.

    On January 4, 2021, defendant filed a motion to dismiss for failure to exhaust state court remedies in compliance with 28 U.S.C. § 2254(b)(1)(A). (ECF No. 25.) The time for filing an opposition has passed, and plaintiff has not filed an opposition to the motion or sought additional time to file an opposition.

    Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Accordingly, the court will direct plaintiff to show cause in writing why defendant's motion to dismiss should not be granted.

////

1

For the foregoing reasons, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall either file an opposition to defendant's motion to dismiss or show cause in writing why this case should not be dismissed for failure to file an opposition to the motion to dismiss. Failure to comply with this order may result in a recommendation that this action be dismissed.

Dated:  April 6, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:14
DLB:1/Orders/Prisoner/Habeas/thom2328.osc