IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANE MICHAEL THOMPSON, <br><br> Petitioner, <br><br> v. <br><br> M.E. SPEARMAN, Warden, <br><br> Respondent. | Case No. 2:19-cv-02328 DJC DB P <br><br> ORDER |

Respondent has moved for a 30-day enlargement of time to file a response to Petitioner's third amended petition for writ of habeas corpus.

GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's request is granted. The response to Petitioner's third amended petition for writ of habeas corpus shall be filed on or before June 14, 2023.

Dated: May 15, 2023



DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
thom2328.36answ

[Proposed] Order (2:19-cv-02328-DJC-DB)